UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID CROSS,<br>          Plaintiff,<br><br>vs.<br><br>ASHBOROUGH CONDOMINIUM<br>ASSOCIATION, INC., et al.,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1: 14-cv-3347-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the parties' Joint Motion to Dismiss All Claims and Counterclaims and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 30th day of March, 2015.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                                By: *s/Denise D.M. McGoldrick*
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 30, 2015
James N. Hatten
Clerk of Court

By: s/Denise D.M. McGoldrick
        Deputy Clerk